**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     John James Smith v. The State of Texas

Appellate case number:   01-11-01114-CR

Trial court case number: 1234109

Trial court:             184th District Court of Harris County

       An abatement hearing record complying with our Order of Abatement has been filed in this Court. The trial judge made a finding that the brief filed by appellant's appointed counsel during the abatement period be accepted by this Court. Based on the trial court's finding, we accept the brief and order the appeal **reinstated**. Appellant's motion to vacate the abatement and motion for extension are **dismissed** as moot.

       Appellant's brief has been filed. Appellee's brief is due 30 days from the date of this order.

       It is so ORDERED.

Judge's signature: /s/ <u>Justice Evelyn V. Keyes</u>
            ☑ Acting individually    ☐ Acting for the Court

Date: August 28, 2012